**Order Filed August 15, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00926-CV

### IN RE WOODROW RAYMOND GLOVER II, Relator

**Original Proceeding from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-09-51393 / W-09-51393-W(A)**

## ORDER

Before Chief Justice Wright and Justices Lang and Brown

Based on the Court's opinion of this date, we **DISMISS** the petition for writ of mandamus for want of jurisdiction. We **ORDER** relator to bear the costs, if any, of this original proceeding.

/s/ CAROLYN WRIGHT
CHIEF JUSTICE